# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

```
Dennis Goodwin
                                        JUDGMENT IN A CIVIL CASE
     vs.
                                        CASE NO.   9:06-CV-112
George E. Pataki, et al
```

```
___     JURY VERDICT.   This action came before this Court for a trial by jury.  The issues have been
                tried and the jury has rendered its verdict.


 X      DECISION BY COURT.   This action came to trial or hearing before the Court.  The issues
                have been tried or heard and a decision has been rendered.


        IT IS ORDERED AND ADJUDGED THAT THIS ACTION IS DISMISSED.

        IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER
        FILED APRIL 19, 2006.
```

Dated:  April 19, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk